UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARCIA S. OLIVER,
              Plaintiff(s),          07 civ 7196 (JGK)

   -against-                            ORDER

THE BANK OF NEW YORK, INC.,
              Defendant(s).
------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

    The pro se plaintiff commenced this action on August 13, 2007, and, pursuant to Fed.R.Civ.P 4(m), had 120 days to serve the summons and complaint on the defendant(s).

    There is no record in the Court's docket of service of the summons and complaint.

    It is hereby ordered that the plaintiff shall show good cause by **January 31, 2008**, why the summons and complaint were not served on the defendant(s). **IF THE PLAINTIFF FAILS TO SHOW GOOD CAUSE BY JANUARY 31, 2008 WHY THE SUMMONS AND COMPLAINT WERE NOT SERVED ON THE DEFENDANT(S), THE CASE MAY BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE, PURSUANT TO RULE 4(m), AND THE PLAINTIFF WILL HAVE NO TRIAL.**

    The plaintiff is advised that if assistance is needed, the plaintiff may contact the Pro Se Office of this Court, which is located at: 500 Pearl Street, Room 230; New York, New York 10007. The telephone number is (212) 805-0175.

**SO ORDERED.**

                                                      JOHN G. KOELTL
                                            UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       January 7, 2008