```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------

MARCIA S. OLIVER,

              Plaintiff,        07 Civ. 7196 (JGK)

    - against -          ORDER

THE BANK OF NEW YORK,

              Defendant.
--------------------------------------

JOHN G. KOELTL, District Judge:

    The plaintiff's time to serve the summons and complaint is extended to **February 29, 2008**.

    The petitioner can contact the Pro Se Office directly at:

Pro Se Office
United States District Court
Southern District of New York
500 Pearl Street, Room 230
New York, NY 10007
212-805-0177

    The Court requests the Pro Se Office to provide the petitioner with all necessary forms.

SO ORDERED.

Dated:    New York, New York
           January 31, 2008

                                      John G. Koeltl
                              United States District Judge