UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MARCIA S. OLIVER,

                        Plaintiff,              07 Civ. 7196 (JGK)

            - against -                         ORDER

THE BANK OF NEW YORK,

                        Defendant.
_____

JOHN G. KOELTL, District Judge:

    The Pro Se Office advises the Court that additional time
may be required to provide the plaintiff with the proper
documents.  The plaintiff's time to serve the summons and
complaint is therefore extended to **March 28, 2008**.


SO ORDERED.

Dated:    New York, New York
          February 4, 2008

                                    _____
                                          John G. Koeltl
                                    United States District Judge


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2008