UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARCIA S. OLIVER,

                    Plaintiff(s),

                    **NOTICE OF ORAL ARGUMENT**

-against-

THE BANK OF NEW YORK, INC.,                07 civ 7196 (JGK)

                    Defendant(s).
------------------------------------------------------------X

To All Parties,

    You are directed to appear for oral argument on the pending motion(s), to be held on

**Monday, July 14, 2008 at 4:30pm** in Courtroom 12B, in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                              Don Fletcher

                                          Courtroom Case Manager

Dated: New York, New York
           June 23, 2008

Copies mailed to both parties

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2008