

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-14-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCIA S. OLIVER,

       Plaintiff,    07 Civ. 7196 (JGK)

  - against -       ORDER

THE BANK OF NEW YORK,

       Defendant.

---

JOHN G. KOELTL, District Judge:

  The Court received the attached letter from the plaintiff requesting an adjournment of the argument on the motion to dismiss. The letter was received on July 14, 2008, the date that was scheduled for argument. Parties must receive permission in advance to the adjournment of any court date.

  The argument is adjourned to **July 21, 2008**, at **11:00 a.m.** If the plaintiff fails to appear at that time, the Court may consider the motion without any further argument or submissions.

SO ORDERED.

Dated: New York, New York
    July 14, 2008

               /s/ John G. Koeltl
               John G. Koeltl
            United States District Judge

19 Indian Field Drive
Hamburg, NJ 07419

July 11, 2008

JUL - 2008

UNITED STATES DISTRICT COURT
Chambers of
JUDGE JOHN G KOELTL
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

Dear Sir,
In the matter of Oliver Vs Bank of New York the plaintiff is unable to appear for oral arguments due to an emergency. Plaintiff will be out of town until at least 07/18/2008. Plaintiff is asking the courts for adjournment due to the emergency.

Sincerely,

Signature

Copy overnighted to counsel for the defendant.