UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARCIA S. OLIVER,                                    07 Civ. 7196 (JGK)

                Plaintiff,
- v -

THE BANK OF NEW YORK, INC.,                          **AFFIDAVIT**
                                         **OF SERVICE**
                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK)
           ) ss.:
COUNTY OF NEW YORK)

      **NA'EEM CONWAY**, being duly sworn, deposes and says: that he resides at Jersey City, New Jersey; that he is over the age of twenty-one years and that he is not a party to this proceeding.

      That on the 4th day of August, 2008, deponent caused to be served <u>by mail</u> the **ANSWER** upon the following party:

                Marcia S. Oliver
                19 Indian Field Drive
                Hamburg, NJ 07419
                PRO SE

which is the address designated by attorneys for that purpose, by depositing a true copy thereof, enclosed in a prepaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/: Na'eem Conway
Na'eem Conway

Sworn to before me this
5th day of August, 2008

/s/: Bianca Carpio
Bianca Carpio
Notary Public, State of New York
No. 01CA6149472
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires July 10, 2010