UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCIA S. OLIVER,

                    Plaintiff,              07 Civ. 7196 (JGK)

        - against -                         ORDER

THE BANK OF NEW YORK, INC.,

                    Defendant.

JOHN G. KOELTL, District Judge:

        The court received the defendant's motion to dismiss for

failure to prosecute on **September 17, 2009**.  The time to respond

has passed and the plaintiff has failed to respond.  The time

for the plaintiff to respond is extended to **November 2, 2009**.

        If the plaintiff does not respond by November 2, 2009, the

Court will decide the motion on the papers that have been

submitted.  The plaintiff is advised that failure to respond may

result in dismissal of this case for failure to prosecute, in

which event the plaintiff will have no trial.

SO ORDERED.

Dated:    New York, New York
          October 12, 2009

                                        John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/13/09_