```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-6-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
OLIVER,

                Plaintiff,       07 Civ. 7196 (JGK)

    - against -              ORDER

BANK OF NEW YORK,

                Defendant.
------------------------------------

JOHN G. KOELTL, District Judge:

    The Court has received the plaintiff's motion for summary judgment, which it now forwards to the parties. The purported motion for summary judgment is deficient because it lacks any supporting affidavit or other evidence showing that the plaintiff is entitled to judgment in her favour. It also lacks a statement of undisputed fact pursuant to Local Rule 56.1. Therefore, the motion for summary judgment is **denied without prejudice**.

    However, the plaintiff's motion also appears to be responsive to the defendant's motion to dismiss, and the Court will treat it as such. The defendant's reply, if any, is due **November 30, 2009.**

SO ORDERED.

Dated:   New York, New York
          November 5, 2009

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                                    United States District Judge

## NOTICE OF MOTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

Marcia S Oliver,

Plaintiff,

-against-

Bank of New York,

Defendants.

----------------------------------------X

**NOTICE OF MOTION**

07 Civ. JGK (7196)

Motion for Summary Judgment and extra ordinary relief

SIRS:

**PLEASE TAKE NOTICE** that upon the annexed affidavit or affirmation of Service of Copy of Letter sworn to or affirmed Nov 2nd, 2009 and upon the complaint herein, plaintiff will move this Court, _____, U.S.D.J., in room ___, United States Courthouse, New York, New York 10007, on the 2nd day of November, 2009, at _____ or as soon thereafter as counsel can be heard, for an order pursuant to rule_____ of the Federal Rules of Civil Procedure granting:

Filing motion for Summary Judgment, to provide for extra ordinary relief. Haladol Shots (injections) by medical professionals from Montefiore Hospital mental condition has to be given home. If I have no home I have to or may end up in Psychiatric hospital permanently as I was placed on In home visits to get injections to prevent relapse and permanent residence in Psychiatric hospital

Dated: 2nd November 2009.

Marcia S Oliver
**Plaintiff Pro Se**
C/O Joan S Oliver
Address
3225 Parkside Place #2A
City, State, Zip Code
Bronx NY 10467
718 547 9815
Phone Number



UNITED STATES DISTRICT COURT
-----------------------------------------------
Marcia S Oliver, Plaintiff
        VS

The Bank of New York, Defendant (s)
-----------------------------------------------

Reply ~~and~~ to Notice : failure to Prosecute etc.
Motion for Summary Judgment & extraordinary relief
Case# Civ. JGK 7196

Greetings,

Pro se plaintiff was hospitalized at Montefiore Medical Center from August 28, 2009 through October 16th, 2009 due to stress and mental condition. She is apologizing to the both the courts and to counsel for not responding. To any correspondences during that period. None was received except for Notice responding to above.

Pro Se Plaintiff has established a Prima Facie case almost "text book like" proving with documents to the courts how and why she feel she was discriminated against and is entitled to monetary damages for the defendants actions. All include the disparate impacts, intentional discrimination, willful discriminations and all that applies to reverse discrimination, plaintiffs complaints filed earlier with the courts.
Plaintiff may have failed to disclose in her complaints earlier that she was protected as she was Jamaican and black.

There are no issues of "material" fact requiring a review of facts and award judgment at this time. On August 19, 2008 the Hon. Judge John Koeltl presiding over this matter saw grounds for the suit and it was agreed before him by both parties to mediate this matter as all issues are eligible.

1. Case would have been fully prosecuted and is an oversight by the courts as plaintiff requested an attorney to prosecute. Please check. Plaintiff is swearing by this statement. She continues to ask and constantly shes being denied an attorney.

    2 Applying the law to the undisputed facts, one party is clearly entitled to judgment and it is clear the plaintiff is entitled to judgment at this time

    3 As stated in the filing( Plaintiff(s) 1st set of documents( The Complaint) , it shall be unlawful discriminatory practice for an employer or licensing agency, because of age, race, creed national origin, sexual orientation, military status, sex, disability, genetic predisposition or carrier status, or marital status of any individual, to refuse to hire or employ or to bar or to discharge from employment such individual or to discriminate against such individual in compensation or in terms and conditions or privileges of employment.

4 Almost everything stated in Item number/numeral 3 three is the very reason plaintiff is seeking remedy through the courts as the defendants didn't have any regard for the law and treated plaintiff inhumanely. They have done almost everthing in item three to plaintiff.

5 Plaintiff was performing her job in a satisfactory manner before she was seeking compensation and then terminated. As we recall it was the defendant who filed the compensation case seven months late without evidence to get case denied to force the termination..

The reason the defendants counsel gave for the termination was that due to the merger plaintiffs position got terminated pending the compensation case. This was admitted to the courts prior to agreement for mediation.

Counsel for the defendants has not submitted one piece of document from plaintiffs employment file to prosecute this matter fully. I hope she is truthful enough to admit to the courts that this statement is true. How can we go forward without further proof. I am asking the courts at this time to please help me as I am in need of food and shelter.

extra ordinary relief should be granted at this time. Place where I am staying has no radiator for heating and it is not showing as yet. time is of the essence. The mental institution or hospital should not be the answer.

Sincerely,

Marcia S Oliver

*Marcia S Oliver* 10/1/2009

Copies to White and Case LLP
1155 Avenue of the Americas
New York, NY 10036

It is a difficult time for me and the stress makes me weak to the point where concentrating takes a toll on me. to sit and type and execute docs almost is impossible now for me.

* As part of Pro se release from the Hospital She has to agree to take Haladol injections monthly given to her by a medical team from the hospital. This will keep her from having a relapse and end up permanently in psychiatric hospital. on going release of medication in the blood requires food and a secure place to stay as meds alter ones condition.

Plaintiff was denied help from social service a week ago.